

FILED

4:43 pm, 4/19/16
**Stephan Harris
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RACHEL JAMES,<br><br>                Plaintiff,<br><br>vs.<br><br>ACCELERATED RECEIVABLES SOLUTION, INC., and DAVID W. BROSTROM, individually,<br><br>                Defendants. | Case No: 16-CV-60-F |

### ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING SERVICE AND RESPONSE

This matter is before the Court on Plaintiff's motion to proceed *in forma pauperis*. The Court has reviewed the motions, the file, and is fully informed in the premises.

Plaintiff submitted a Motion to Proceed *In Forma Pauperis* and supporting affidavits. The Court finds that Plaintiff does not have the financial resources to pay the filing fee in this case. Therefore, the Court will GRANT Plaintiff's Motion to Proceed *In Forma Pauperis*.

Upon consideration of the Complaint and the file herein, it appears to the Court the Complaint should be served on Defendants by the Clerk of Court. The Court does not find that Plaintiff's Complaint is subject to summary dismissal at this time. However, Plaintiff has failed to provide the addresses for service for Defendant David W. Brostrom. Plaintiff must provide this address before the Clerk can serve Defendant.

IT IS ORDERED that Plaintiff's Motion to Proceed In Forma Pauperis is GRANTED.

IT IS ORDERED that within thirty (30) days from the date of this Order, Plaintiff shall provide the Clerk's office with a proper address for Defendant Brostrom for service.

IT IS FURTHER ORDERED that once Plaintiff has provided proper addresses for Defendant Brostrom the Clerk of Court shall serve a copy of the Complaint on Defendants as follows:

1. The Clerk shall send Defendants a copy of the Complaint, and a Notice of Lawsuit and request that Defendants waive service of a summons in a manner set forth in Fed. R. Civ. P. 4(d).

2. If Defendants do not return the Waiver of Service within thirty (30) days from the date on which the request was sent, the Clerk shall issue a summons to Defendants and shall deliver the summons and a copy of the Complaint to the United States Marshal for service on said Defendants.

Dated this 19 day of April, 2016.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE